# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNEMED CORPORATION and VIREO SYSTEMS, INC.,**<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**PROMERA HEALTH, LLC and HARVEST TRADING GROUP, INC.,**<br><br>　　　　　Defendants. | **8:15CV135**<br><br>**ORDER** |

　　This matter is before the court following a telephone conference with counsel for the parties on July 10, 2015.  The court discussed the progression of this case.  In view of the defendants' pending Motion to Dismiss or, in the alternative, to Transfer (Filing No. 19), the parties shall have ten (10) days from the date the court rules on the motion to schedule a telephone planning conference with the court, if necessary.  Counsel for the plaintiffs shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

　　**IT IS SO ORDERED.**

　　Dated this 10th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge