UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNEMED CORPORATION, AND VIREO SYSTEMS, INC.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 8:15-CV-00135-JFB-TDT |
| **PROMERA HEALTH, LLC, AND HARVEST TRADING GROUP, INC.,** | ) ) ) ) | |
| Defendants. | ) | |
| **PROMERA HEALTH, LLC,** | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 8:16-CV-00008-JFB-TDT |
| **VIREO SYSTEMS, INC.,** | ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on Plaintiffs UNeMed Corporation and Vireo Systems, Inc., and Defendants ProMera Health, LLC and Harvest Trading Group, Inc.'s Joint Stipulation For Dismissal With Prejudice (Filing No. 58), filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The Court, being fully advised in the premises, finds that the above captioned, consolidated cases should be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned, consolidated cases (Case No. 8:15-CV-00135-JFB-TDT and Case No. 8:16-CV-00008-JFB-TDT) are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 28th day of September, 2016.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge